DEPARTMENT OF HEALTH, PLAINTIFF-RESPONDENT, v. PETER ROSELLE, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Budd, Larner & Kent* for the petitioners.

*Mr. David D. Furman* and *Mr. William L. Boyan* for the respondent.

June 28, 1960.   Granted.